UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LYLE NORBERT,

    Petitioner,

vs.

GARY SWARTHOUT, Warden,

    Respondent.

No. C 11-5329 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas case brought pro se by a state prisoner. Petitioner has, however, had a previous case attacking the same judgment, *Norbert v. Felker*, C 07-2074 MMC, in which he was represented by counsel. The petition in that case was denied in an order entered on November 18, 2008. The court denied a certificate of appealability ("COA") and the United States Court of Appeals for the Ninth Circuit also denied a COA, terminating the appeal.

A habeas petitioner may not file a second or successive petition unless he or she first obtains from the appropriate United States Court of Appeals an order authorizing the filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is **DISMISSED** without prejudice to filing a new petition if petitioner obtains the necessary order.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\HC.11\NORBERT5329.dismiss 2d.wpd